UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-82349-DIMITROULEAS

NIKITA CARTER,                                    Magistrate Judge Snow

      Plaintiff,

vs.

MICHAEL ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Plaintiff's Unopposed Application for Attorney

Fees Under the Equal Access to Justice Act ("EAJA") [DE-19] and the Report and

Recommendation [DE-23] dated January 18, 2011.  The Court has conducted a *de novo* review of

the Report and Recommendation, Plaintiff's Objections [DE-24], the record herein, and is

otherwise fully advised in the premises.

Plaintiff objects to the Report on the ground that pursuant to the assignment of the EAJA

fee award between Plaintiff and her attorney, the remaining balance of the EAJA fee award after

any offsets should be made payable directly to the attorney.  The Court agrees with the reasoning

and analysis of the Magistrate Judge in determining that the fee award must be paid to the

prevailing litigant, not her counsel, regardless of the existence of a fee assignment.  In particular,

the Court finds that this reasoning is consistent with *Astrue v. Ratliff,* 130 S. Ct. 2521, 2526

(2010), where the Supreme Court held that the "fact that the statute awards to the prevailing party

fees in which her attorney may have a beneficial interest or a contractual right does not establish

that the statute 'awards' the fees directly to the attorney."  Thus, the Supreme Court held that

EAJA fee awards are "payable to litigants" and are "subject to offset where a litigant has outstanding federal debts."  *Id.* at 2527.  Consistent with the Supreme Court's opinion, the EAJA fee award in the instant action is payable to Plaintiff, not her attorney, and is subject to any offsets for outstanding federal debts.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.   The Report and Recommendation [DE-23] is hereby **ADOPTED** and **APPROVED**;

2.   Plaintiff's Unopposed Application for Attorney Fees Under the Equal Access to Justice Act [DE-19] is hereby **GRANTED in part**;

3.   A fee award in the amount of $4,722.12 is hereby awarded to the Plaintiff, not her attorney.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of February, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Snow